UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBENEDETTI INVESTMENT
ASSOCIATES,

        Plaintiff,

      v.

CIRCRAFT INCORPORATED, et al.,

        Defendants.

Case No.  23-cv-01454-RFL

**ORDER DENYING MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**

Re: Dkt. No. 119

DeBenedetti moved to compel Travelers to respond further to several discovery responses.  Magistrate Judge Tse denied the request without prejudice.  DeBenedetti now moves for relief from that denial and asks that the undersigned grant its request to compel further responses from Travelers.  The motion is **DENIED**.  The requested discovery is overbroad, unduly burdensome, and not proportional to the needs of the case, in light of the nature of the allegations concerning the roles of Circraft, Poslin, Phase II, and others in causing or contributing to the contamination at issue.  To the extent that DeBenedetti seeks to discover the identities of third parties that Travelers contends caused or contributed to the contamination, there are more tailored and less burdensome ways to obtain that information, including, for example, through contention interrogatories.

      **IT IS SO ORDERED.**

Dated: March 31, 2026

RITA F. LIN
United States District Judge

1